UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

David Owens

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

New York City, Police Department of New York City, Housing Bureau Police Service Area 6, John Doe

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/10/14

**AMENDED COMPLAINT**
under the Civil Rights Act,
42 U.S.C. § 1983

Jury Trial: ☑ Yes ☐ No
(check one)

14 Civ. 966 (KBF)

I. **Parties in this complaint:**

A. List your name, identification number, and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff's Name David Owens
ID# 3491400397
Current Institution Eric M. Taylor Center, C-76
Address Riker's Island, E.M.T.C., C-76, 1010 Hazen Street, East Elmhurst, N.Y. 11370

B. List all defendants' names, positions, places of employment, and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1   Name New York City   Shield #_____
Where Currently Employed _____
Address _____

SEP 10 2014
PRO SE OFFICE

Rev. 01/2010                                       1

| | | |
|---|---|---|
| Defendant No. 2 | Name | Police Department of New York City Shield # |
| | Where Currently Employed | |
| | Address | |

| | | |
|---|---|---|
| Defendant No. 3 | Name | Housing Bureau Police Service Area 6 ? Shield # |
| | Where Currently Employed | |
| | Address | 2770 Frederick Douglass Boulevard, N.Y. N.Y. 10039-3025 |

**[Who did what?]**

| | | |
|---|---|---|
| Defendant No. 4 | Name | John Doe  Shield # ? |
| | Where Currently Employed | Housing Bureau Police Service Area 6 ? |
| | Address | 2770 Frederick Douglass Boulevard, N.Y., N.Y. 10039-3025 |

| | | |
|---|---|---|
| Defendant No. 5 | Name | _____ Shield # _____ |
| | Where Currently Employed | |
| | Address | |

## II. Statement of Claim:

State as briefly as possible the <u>facts</u> of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. In what institution did the events giving rise to your claim(s) occur?

_____
_____

B. Where in the institution did the events giving rise to your claim(s) occur?

_____

C. What date and approximate time did the events giving rise to your claim(s) occur?
7-24-2012
_____
_____

D. Facts: _____

**[What happened to you?]**

_____

D. Facts:

*What happened to you?*

On the date 7-24-2012, I was stopped by a number of Police Officers on 145 Street in Manhattan, New York between Lenox Avenue, and Broadway. I think that I maybe was in handcuffs on the sidewalk at the time that my face was forced to the ground causing a tooth of mine to hit the pavement. I suppose that significant, substantial damage perhaps was done to that tooth in that event.

*Who did what?*

I guess that cameras possibly were in the area, and that they might have made the video record of what happened.

*Was anyone else involved?*

I guess that the Police Officer which I think maybe used excessive force on me perhaps was in the Housing Bureau Police Service Area 6...

*Who else saw what happened?*

## III. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. I conjecture that damage maybe was done to a tooth of mine in the event. I surmise that ~~previous~~ mental illness maybe was - at least - a part of the cause of the absence of dental care, or medical treatment on the date 7-24-2012.

On Thursday, 1-23-2014, in the Brooklyn Detention Complex, I submitted to the clinic of the jail a request for dental care...

## IV. Exhaustion of Administrative Remedies:

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes ____ No ✓

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

_____
_____

B. Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

Yes ____   No ____   Do Not Know ____

C. Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claims(s)?

Yes ____   No ____   Do Not Know ____

If YES, which claim(s)? _____

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

Yes ____   No ____

If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

Yes ____   No ____

E. If you did file a grievance, about the events described in this complaint, where did you file the grievance?

_____

1. Which claim(s) in this complaint did you grieve? _____

_____

2. What was the result, if any? _____

_____

3. What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process. _____

_____
_____
_____
_____

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here: _____
   The event of the claim did not happen in a jail, or in a prison.
_____
_____

2. If you did not file a grievance but informed any officials of your claim, state who you

informed when and how, and their response, if any: _____
_____
_____
_____
_____

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. _____
_____
_____
_____
_____
_____
_____

Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

V. Relief:

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you are seeking and the basis for such amount). I want to receive one million dollars for the damage which I think possibly was done to a tooth of mine in the event, and for the pain, and suffering which were of the physical ~~▒▒▒▒~~ nature, and the mental type...
_____
_____
_____
_____
_____
_____
_____
_____
_____

_____

VI. **Previous lawsuits:**

<div style="margin-left:0;">**On these claims**</div>

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes _____   No _____

B. If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

1. Parties to the previous lawsuit:

Plaintiff **David Owens**
Defendants **New York City**

2. Court (if federal court, name the district; if state court, name the county) **Manhattan**

3. Docket or Index number _____
4. Name of Judge assigned to your case _____
5. Approximate date of filing lawsuit **10-20-2013**
6. Is the case still pending? Yes _____ No _____
   If NO, give the approximate date of disposition _____
7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____

**On other claims**

C. Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment?

Yes _____   No _____

D. If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

1. Parties to the previous lawsuit:

Plaintiff _____
Defendants _____

2. Court (if federal court, name the district; if state court, name the county) _____

3. Docket or Index number _____
4. Name of Judge assigned to your case _____
5. Approximate date of filing lawsuit _____

A person of the Supreme Court, Civil Branch at 60 Centre Street in Manhattan, New York said to me that the documents which I tried to mail to that court to start the lawsuit were not received in that court.

I wrote a letter to the clerk of that court for me to get the form for the motion to request more time for me to start the lawsuit.

6. Is the case still pending? Yes ____ No ____
   If NO, give the approximate date of disposition_____

7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____
   _____
   _____

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 7 day of September, 2014.

Signature of Plaintiff   David Owens
Inmate Number            3491400397
Institution Address      Eric M. Taylor Center, (E.M.T.C.),
                         C-76, 1010 Hazen Street, East
                         Elmhurst, N.Y. 11370

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this 8 day of September, 2014, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: David Owens



**OWENS, DAVID**
NYSID: 05325148Y  BookCase: 3491400397
Facility Code: BKDC  Housing Area: 8LA
46 Y old Male, DOB: 03/03/1967
HOMELESS, NY, NY-10000
Home: 000-000-0000

Insurance: Medicaid

Appointment Facility: Brooklyn Detention Center

01/31/2014                                Appointment Provider: Dental, BKHD

### Current Medications
Miconazole Nitrate 2 % Cream apply Twice a Day, stop date 03/31/2014
Clotrimazole 1 % Solution apply Twice a Day, stop date 03/31/2014
Lac-Hydrin 12 % Lotion apply Twice a Day, stop date 03/31/2014

### Past Medical History
Chickenpox
Seizures
Residual schizophrenia NOS
Cocaine abuse, continuous
Depression with anxiety
Cannabis abuse, continuous
CANNABIS ABUSE-CONTIN
Amphetamine abuse, episodic
Amphetamine abuse, episodic
Cocaine dependence, continuous
Phencyclidine abuse
Phencyclidine abuse
Likely SPMI - YES
Anxiety state, unspecified
Anxiety state, unspecified
Likely SPMI - YES
Likely SPMI - YES
Likely SPMI - YES
MENTAL PROBLEMS NEC
Adjustment disorder with mixed anxiety and depressed mood
Cocaine abuse, continuous
Likely SPMI - YES
Likely SPMI - YES
Cocaine dependence, unspecified abuse
Cocaine dependence, unspecified abuse
Antisocial personality disorder
Depressive disorder, not elsewhere classified
EtOH [Ethanol] abuse NOS
PCP [phencyclidine] abuse
Hallucinogen abuse, unspecified
Cannabis dependence, episodic abuse
Cocaine abuse, continuous
Cocaine abuse, continuous
Unspecified personality disorder
SPMI - YES
SPMI - YES
Polysubstance dependence

### Allergies

### Reason for Appointment
1. MD
2. Front tooth

### History of Present Illness
Dental Exams:
   GENERAL DENTISTRY PROCEDURES
   Exams: Yes
   Oral Cancer Screenings: Yes

### Examination
General Examination:
   ORAL CAVITY: TEETH:, swollen gums, missing tooth/teeth.

### Assessments
1. Dental examination - V72.2 (Primary)
2. Dental Class II Restorative and/or Periodontal Treatment Indicated - RI301

### Treatment
1. **Dental examination**
Limited oral exam// cc: asked for exam of upper front teeth// 1 PA xray// tooth #8 is missing, tooth #9 is a cross bite relationship to lower teeth// #9 has mobility and the xray shows a widened periodontal ligament space along the mesial side of th root and a fractured mesial facial incisal edge of tooth ~ 2mm // perio: poor oral hygiene- tartar buildup// next visit -cleaning.

Disposition: General Population
Notes: none

Appointment Provider: Dental, BKHD